**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIVIDAD MORALES, | |
| *Petitioner*, | |
| v. | Civil Action No. 26-cv-3921-CMR |
| MARKWAYNE MULLIN, *et al.*, | |
| *Respondents*. | |

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on June 8, 2026. (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated: June 10, 2026                          Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney

*/s/ Antonio A. Maturano*                     */s/ Frank A. DeLuccia*
ANTONIO A. MATURANO, ESQ.                     FRANK A. DE LUCCIA
Maturano & Associates                         Assistant United States Attorney
616 Dekalb Pike                               United States Attorney's Office
Norristown, PA 19401                          Eastern District of Pennsylvania
Phone: (610) 313-3120                         615 Chestnut Street, Suite 1250
Email: amaturano@maturanolaw.com              Philadelphia, PA 19106
                                              Phone:  (215) 861-8553
*Counsel for Petitioner*                      Email: frank.deluccia@usdoj.gov

                                              *Counsel for Respondents*


                          BY THE COURT



Dated: 06/10/26                     /s/ Cynthia M. Rufe
                                    CYNTHIA M. RUFE
                                    United States District Court Judge

2